IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

F.R.,

    Plaintiff,

  v.

G6 HOSPITALITY, LLC, *et al.*,

    Defendants.

Civil Action 2:24-cv-4164
Judge Algenon L. Marbley
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of Defendants G6 Hospitality, LLC and G6 Hospitality Franchising LLC's ("G6") Unopposed Motion to Withdraw Motion to Dismiss and Set Deadline to File an Answer. (ECF No. 11.) The Motion is **GRANTED**. Defendants G6 may have until **JANUARY 31, 2025**, to file an answer to Plaintiff's Complaint.

    IT IS SO ORDERED.

Date: January 22, 2025                    /s/ *Elizabeth A. Preston Deavers*
                                                    ELIZABETH A. PRESTON DEAVERS
                                                    UNITED STATES MAGISTRATE JUDGE